## CHAPTER 13 PLAN (Individual Adjustment of Debts)

Fifth Amended plan

DEBTOR: Desiderio Hernandez    JOINT DEBTOR: _____    CASE NO.: 14-17049-AJC

Last Four Digits of SS# 9453    Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $ 202.31 for months 1 to 60 in order to pay the following creditors:

Administrative:  Attorney's Fee - $ 3,650.00 TOTAL PAID $ 1.000.00
                  Balance Due $ 2,650.00 payable $ 132.50/month (Months 1 to 20)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Quantum 3 Group LLC as agent for Sterling Jewelers, Inc.    Payoff $1,625.80
Address: POB 788, Kirkland, WA 98083-0788   Payment $40.65/month (Months 2 1 to 60 )
Account No: XXXX0225

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| NONE | None | None | None | None | None |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. Internal Revenue Service    Total Due $ 4.225.70
                        Payable $ 24.33 /month (Months 1 to 3); Payable $ 49.58 /month (Months 4 to 20);
                        Payable $ 82.75 /month (Months 21 to 60);

2. State of FL - Department of Revenue Total Due $ 75.75
                        Payable   $ 25.25 /month (Months 1 to 3)

Unsecured Creditors: Pay $ 58.68 /month (Months 21 to 60).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: The debtor will modify the plan to increase the amounts to be paid to
provide for a 100% payment of all allowed unsecured claims. Debtor is current and will continue to pay Brickell Bay Tower, Doral Lakes Property Association, Inc. Doral Park Association, Mercedes Benz Financial Services, Nissan Motor Acceptance Corporation and Vivian Trujillo. Debtor assumes the leases with Mercedes Benz Financial Services and Nissan Motor Acceptance Corporation. Debtor surrenders and abandons the property located at 1248 Marseille Drive #8, Miami Beach, FL 33141 financed by Colfin Metro Funding, LLC and owed to Miami Dade Tax Collector xxxx0220.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/Robert Sanchez, Esq.                                              _____
Attorney for the Debtor                                                    Joint Debtor
Date: 11-13-2014                                                         Date: _____

LF-31 (rev. 01/08/10)